UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABA AJOSE,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE and CASUALTY COMPANY,<br><br>         Defendants. | No.  1:14-cv-809-BAM<br><br>**ORDER TO SHOW CAUSE** |

On May 7, 2015, this Court issued an order requiring the parties attend a status conference on May 14, 2015 at 9:00 a.m.  (Doc. 30).  On May 14, 2015, counsel for Defendant State Farm Fire and Casualty Company appeared telephonically for the status conference.  However, counsel for Plaintiff Baba Ajose failed to appear. As a result, the status conference could not fully proceed.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v.Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal*

*Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, counsel for Plaintiff Baba Ajose is **ORDERED TO SHOW CAUSE** why this Court should not impose sanctions for his failure to appear at the telephonic status conference. Counsel shall respond to this Order to Show Cause, in writing, no later than **Tuesday, May 19, 2015.** Failure to respond to this Order to Show Cause may result in the imposition of sanctions. This Order to Show Cause shall remain in effect even if this case is dismissed.

IT IS SO ORDERED.

Dated: __May 14, 2015__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE