# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABA AJOSE, <br><br>    Plaintiff, <br><br>v. <br><br>STATE FARM FIRE and CASUALTY COMPANY, <br>    Defendant. | Case No.: 1:14-cv-809-JAM-BAM <br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 14, 2015, this Court issued an Order to Show Cause to counsel for Plaintiff Baba Ajose for his failure to appear at the May 14, 2015 status conference. (Doc. 33). On May 19, 2015, Counsel Stephen Imburg submitted a declaration in response to the OSC. (Doc.34). Mr. Imburg explains that a "power loss" prevented him from appearing telephonically at the hearing. For that reason, the order to show cause is discharged. (Doc. 34).

However, counsel, as an officer of the court, is admonished that he has an obligation to obey Court orders, follow the Federal Rules of Civil Procedure, and abide by the Court's Local Rules. Counsel's performance in this action thus far has been a drain on opposing counsel and the Court's limited resources. Particularly, this Court has expended unnecessary time on managing this case due to Plaintiff's and Counsel's failure to prosecute or to dismiss this case. A motion to compel for Plaintiff's failure to produce initial disclosures is pending and the Court will not lightly disregard and will seriously consider the request for sanctions. In the interim, Plaintiff's counsel should either take the management and prosecution of this case seriously, or dismiss it.

IT IS SO ORDERED.

Dated:   **May 27, 2015**         /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE