McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park, #72190
   *gordon.park@mccormickbarstow.com*
Todd W. Baxter, #152212
   *todd.baxter@mccormickbarstow.com*
Dana B. Denno, #227971
   *dana.denno@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant and Counterclaimant
STATE FARM FIRE AND CASUALTY
COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BABA AJOSE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY and DOES 1 - 10,<br><br>    Defendants.<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>    Counterclaimant,<br><br>v.<br><br>BABA AJOSE,<br><br>    Counterdefendant, | Case No. 1:14-cv-00809-JAM-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>[F.R.C.P. 41(a)(1)(A)]<br><br>Judge:  Hon. Barbara A. McAuliffe<br>Date:  May 15, 2015<br>Time:  9:00 a.m.<br><br>Courtroom:  8 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant, Baba Ajose, and Defendant and Counterclaimant, State Farm Fire And Casualty Company, that the

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1  Complaint and Counterclaim herein, shall be dismissed in their entirety with prejudice, and that
2  the respective parties shall each bear their own costs and attorney's fees.

3
4  Dated: ~~May~~ June 4, 2015                    McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP
5
6
7                                                 By: _____
                                                         Gordon M. Park
8                                                        Todd W. Baxter
                                                         Dana B. Denno
9                                                 Attorneys for Defendant and Counterclaimant
                                                  STATE FARM FIRE AND CASUALTY
10                                                COMPANY

11
    Dated: May __, 2015                           STATE FARM FIRE AND CASUALTY COMPANY
12
13
14                                                By: _____
15
16
17  Dated: May 19, 2015                           IMBURG LAW FIRM
18
19                                                By: _____
                                                         Stephen V. Imburg
20                                                Attorneys for Plaintiff and Counterdefendant
                                                  BABA AJOSE
21

22
    Dated: May 26, 2015
23
24                                                By: _____
                                                         BABA AJOSE
25
26
27
28

## ORDER

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint of Plaintiff BABA AJOSE, and the Counterclaim of STATE FARM FIRE AND CASUALTY COMPANY, Case No. 1:14-cv-00809-JAM-BAM is dismissed in their entirety with prejudice. Each side shall bear their own costs and attorneys' fees.

Dated: June 4, 2015

/s/ JOHN A. MENDEZ
The Honorable John A. Mendez

81129-00762 3373636.1